Golden Petroleum Company Division *v.* Wyatt, Appellant.

Argued March 19, 1974. *Norman P. Zarwin,* with him *Martin J. Resnick,* and *Zarwin, Baum, Arangio & Somerson,* for appellant; *Samuel Glantz,* with him *Williams, Glantz & Schildt,* for appellee.

Order affirmed.

Green, Appellant, *v.* Green.

Argued March 21, 1974. *Richard J. Shiroff,* with him *Gus Milides,* for appellant; *Franklin S. Van Antwerpen,* with him *Hemstreet, Smith and Van Antwerper,* for appellee.

OPINION PER CURIAM: Order affirmed on the opinion of PALMER, P. J.

Having made an independent review of the entire record, we are of the opinion that the court below properly refused a divorce A.V.M. in this case.

Gross *v.* W. W. Smith & Sons Hauling Company, Appellant.

Argued March 26, 1974. *James M. Marsh,* with him *Edward R. Paul, Joseph G. Manta,* and *LaBrum and Doak,* for appellant; *Richard I. Torpey,* with him *David E. Heilman,* and *Laveson and Torpey,* for appellee.

Judgment affirmed.